IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ DIVISION
NORTHERN

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 2:08 CV115 - WKW |
| D E ENTERPRISES, L.L.C.; J. MICHAEL SHEFFIELD; CASCADES DEVELOPMENT GROUP, L.L.C., ) ) ) ) ) | |
| Defendants. ) | |

## SUMMONS

TO DEFENDANT:   J. Michael Sheffield
613 Townsend Place
Powder Springs, GA 30127

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney(s): Mark M. Hogewood, Wallace, Jordan, Ratliff & Brandt, L.L.C., P. O. Box 530910, Birmingham, Alabama 35253-0910, a response to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST be filed with the court.

DATE: 2-20-08

DEBRA P. HACKETT, CLERK
By: [signature]
Deputy Clerk
(Seal of Court)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ DIVISION
NORTHERN

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) D E ENTERPRISES, L.L.C.; J. MICHAEL SHEFFIELD; CASCADES DEVELOPMENT GROUP, L.L.C., ) ) ) ) ) Defendants. ) | Case No.: 2:08cv115-WKW |

## SUMMONS

TO DEFENDANT:   D E Enterprises, LLC
8216 County Road 34
Dadeville, AL 36853

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney(s): Mark M. Hogewood, Wallace, Jordan, Ratliff & Brandt, L.L.C., P. O. Box 530910, Birmingham, Alabama 35253-0910, a response to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST be filed with the court.

DATE: 2-20-08

DEBRA P. HACKETT, CLERK
By: [signature]
Deputy Clerk
(Seal of Court)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ DIVISION
*NORTHERN*

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>D E ENTERPRISES, L.L.C.; J. MICHAEL )<br>SHEFFIELD; CASCADES DEVELOPMENT )<br>GROUP, L.L.C., )<br>)<br>Defendants. ) | Case No.: 2:08 cv 115 - WKW |

## SUMMONS

TO DEFENDANT:    Cascades Development Group, LLC
7051 Highway 49 South
Dadeville, AL 36853

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney(s): Mark M. Hogewood, Wallace, Jordan, Ratliff & Brandt, L.L.C., P. O. Box 530910, Birmingham, Alabama 35253-0910, a response to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST be filed with the court.

DATE: 2-20-08

DEBRA P. HACKETT, CLERK

By: [signature]
Deputy Clerk
(Seal of Court)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104