IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:08 CV-115-WKW ) |
| D E ENTERPRISES, L.L.C.; J. MICHAEL SHEFFIELD; CASCADES DEVELOPMENT GROUP, L.L.C., | ) ) ) ) |
| Defendants. | ) ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Wellington Specialty Insurance Company ("Wellington Specialty"), a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees ( but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Catlin Insurance, LLC, US | Parent company of Wellington Specialty |
| Catlin Group Limited, Bermuda | Parent company of Catlin Insurance, LLC, US |
| Catlin Syndicate at Lloyd's of London | Parent company of Catlin Group Limited, Bermuda |
| Stephen Catlin | Owner and CEO of Catlin Bermuda |

Respectfully submitted on February 27, 2008.

        s/ Mark M. Hogewood
Mark M. Hogewood (ASB-7651-E36M)
E-mail: mh@wallacejordan.com
Attorney for Plaintiff Wellington Specialty Insurance Company

**Of Counsel:**
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:	(205) 870-0555
Fax:	(205) 871-7534


## CERTIFICATE OF SERVICE

  I certify that I have served a copy of the foregoing on all parties of record by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows and/or by filing the same with the Courts CM/ECF system on this the 27th day of February, 2008.

J. Michael Sheffield
613 Townsend Place
Powder Springs, GA 30127

Cascades Development Group, LLC
7051 Highway 49 South
Dadeville, AL 36853

D E Enterprises, LLC
8216 County Road 34
Dadeville, AL 36853

        s/ Mark M. Hogewood
Mark M. Hogewood
(ASB-7651-E36M)
E-mail: mh@wallacejordan.com