| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Timothy Evans<br>C. Date of Delivery: 2-26-08 |
| 1. Article Addressed to:<br><br>EVAN216   368532014 1807 12 02/23/08<br>NOTIFY SENDER OF NEW ADDRESS<br>EVANS, TIM<br>PO BOX 2398<br>AUBURN AL 36831-2398<br><br>08cv115 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3.<br>☐ Express Mail<br>☒ Return Receipt for Merchandise<br>☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0002 5392 3727 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540