| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☒ Addressee |
| | B. Received by ( Printed Name )<br>J.M. SHEFFIELD | C. Date of Delivery<br>2-25-8 |
| 1. Article Addressed to:<br><br>J. Michael Sheffield<br>613 Townsend Place<br>Powder Springs, GA 30127<br><br>08cv115 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[postmark: POWDER SPRINGS FEB 25] | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0002 5392 3734 | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540