IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

WELLINGTON SPECIALTY INSURANCE CO )
)
Plaintiff, )
)
v. )
) CASE NO. 2:08CV00115WKW
DE ENTERPRISES LLC CASCADES ETAL )
)
Defendants. )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DE ENTERPRISES, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

March 11, 2008
Date

(Signature)

**MARK ALLEN TREADWELL**
(Counsel's Name)

**DE ENTERPRISES**
Counsel for (print names of all parties)

129 WEST COLUMBUS STREET
DADEVILLE, ALABAMA 36853
Address, City, State Zip Code

256-825-9296
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, MARK ALLEN TREADWELL, do hereby Certify that a true and correct copy of the foregoing has been furnished by EFILE AND US MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11 day of MARCH 2008 to:

Hon. Mark Hogewood Wallace, Jordan, Ratliff & Brandt, LLC P.O. Box 530910 Birmingham, Alabama 35253

Hon. Michael Harper P.O. Box 780608 Tallassee, Alabama 36078

Hon. Thomas S. Spires SMITH, SPIRES & PEDDY PC 2015 2nd Avenue North - Suite 200 Birmingham, Alabama 35203

March 11, 2008
Date

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE CO | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:08CV00115WKW |
| DE ENTERPRISES LLC CASCADES ETAL | ) ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>CASCADES</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [ ] This party is an individual, or
- [ ] This party is a governmental entity, or
- [x] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity         Relationship to Party

_____ _____

_____ _____

_____ _____

March 11, 2008
Date

(Signature)

**MARK ALLEN TREADWELL**
(Counsel's Name)

**CASCADES**
Counsel for (print names of all parties)

129 WEST COLUMBUS STREET
DADEVILLE, ALABAMA 36853
Address, City, State Zip Code

256-825-9296
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, MARK ALLEN TREADWELL, do hereby Certify that a true and correct copy of the foregoing has been furnished by EFILE AND US MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11 day of MARCH 2008, to:

Hon. Mark Hogewood Wallace, Jordan, Ratliff & Brandt, LLC P.O. Box 530910 Birmingham, Alabama 35253

Hon. Michael Harper P.O. Box 780608 Tallassee, Alabama 36078

Hon. Thomas S. Spires SMITH, SPIRES & PEDDY PC 2015 2nd Avenue North - Suite 200 Birmingham, Alabama 35203

March 11, 2008

_____
Date

*[signature]*

_____
Signature