IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| Wellington Specialty Insurance Company | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08cv115-WKW |
| D E Enterprises, L.L.C.; J. Michael Sheffield; et al | ) |
| Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  J. MICHAEL SHEFFIELD  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |

Date

(Signature)

Michael S. Harper
(Counsel's Name)

**J. Michael Sheffield**
Counsel for (print names of all parties)

Post Office Box 780608
Tallassee, Alabama 36078
Address, City, State Zip Code

334-283-6855
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Michael S. Harper, Esquire_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U. S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __March_____ 20__08__ to:

Mark M. Hogewood, Esquire, Post Office Box 530910, Birmingham, Alabama 35253

Mark Allen Treadwell, Esquire, 129 West Columbus Street, Dadeville, Alabama 36853

Thomas Coleman, Jr., Esquire, 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203

_____

_____

_____

3/20/2008
Date

Signature