IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WELLINGTON SPECIALTY INSURANCE
COMPANY

PLAINTIFF

VS.                                                                 2:08cv115-WKW

D E ENTERPRISES, L.L.C.; J. MICHAEL
SHEFFIELD; CASCADES DEVELOPMENT
GROUP, L.L.C.

DEFENDANTS

## JOINDER IN RESPONSE FOR SUMMARY JUDGMENT

Comes now Defendant J. Michael Sheffield, who adopts and incorporates by reference the argument and authorities cited by Defendant D E Enterprises, LLC in its opposition to Plaintiff's Motion for Summary Judgment.

                        MICHAEL S. HARPER,
                        A PROFESSIONAL CORPORATION

213 Barnett Boulevard
Post Office Box 780608         MICHAEL S. HARPER - HAR094
Tallassee, Alabama 36078       Attorney for Plaintiff
Telephone: 334-283-6855

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of April, 2008, mailed a copy of the foregoing document to Mark M. Hogewood, Esquire, Post Office Box 530910, Birmingham, Alabama

35253; Mark Allen Treadwell, Esquire, 129 West Columbus Street, Dadeville, Alabama 36853 and Thomas Coleman, Jr., Esquire, 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203, by United States Mail, postage prepaid.

OF COUNSEL