IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DE ENTERPRISES, LLC, *et al.*, | ) ) |
| Defendants. | ) |

Case No. 2:08-cv-0115-WKW

## **ORDER**

Because it appears that Defendant J. Michael Sheffield has failed to answer the complaint within the time limits imposed by Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, it is ORDERED that Defendant Sheffield shall show cause in writing **on or before April 29, 2008**, why he has failed to answer in a timely fashion and why he should not be subject to appropriate sanctions.

DONE this 24th day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE