IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**WELLINGTON SPECIALTY INSURANCE**
**COMPANY**

**PLAINTIFF**

VS.                                                                                          2:08cv115-WKW

**D E ENTERPRISES, L.L.C.; J. MICHAEL**
**SHEFFIELD; CASCADES DEVELOPMENT**
**GROUP, L.L.C.**

**DEFENDANTS**

**ANSWER**

Comes now Defendant J. Michael Sheffield, who answers the complaint filed herein by saying as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Defendant Sheffield has insufficient information to admit or deny the allegations of paragraph 8 and therefore denies the same and demands strict proof thereof.

9. Defendant Sheffield has insufficient information to admit or deny the allegations of paragraph 9 and therefore denies the same and demands strict proof thereof.

10. Defendant Sheffield has insufficient information to admit or deny the allegations of paragraph 10 and therefore denies the same and demands strict proof thereof.

11. Defendant Sheffield has insufficient information to admit or deny the allegations of paragraph 11 and therefore denies the same and demands strict proof thereof.

12. Defendant Sheffield has insufficient information to admit or deny the allegations of paragraph 12 and therefore denies the same and demands strict proof thereof.

13. Defendant Sheffield denies the allegations of paragraph 13 and demands strict proof thereof.

14. Admitted.

15. Defendant Sheffield denies that Plaintiff is entitled to the relief prayed for in its prayer for relief and demands strict proof thereof.

16. Defendant Sheffield reserves the add such affirmative defenses as may arise from the pleadings and proof herein from time to time.

MICHAEL S. HARPER,
A PROFESSIONAL CORPORATION

213 Barnett Boulevard
Post Office Box 780608
Tallassee, Alabama 36078
Telephone:    334-283-6855
Fax:          334-283-6858

/s/ Michael S. Harper
MICHAEL S. HARPER - HAR094
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 25th day of April, 2008, filed the above document electronically with the CM/ECF E-Filing System in Federal District Court. The below counsel will receive a copy from the system via e-mail if registered in the system. If not, I certify that I have placed a copy of the same in the U.S. Mail this day to Mark M. Hogewood, Esquire, Post Office Box 530910, Birmingham, Alabama 35253; Mark Allen Treadwell, Esquire, 129 West Columbus Street, Dadeville, Alabama 36853 and Thomas Coleman, Jr., Esquire, 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203.

/s/ Michael S. Harper
OF COUNSEL