IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:08-cv-0115-WKW |
| DE ENTERPRISES, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Having come to the court's attention that the underlying state litigation has settled and the parties are expected to likewise resolve this dispute, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before August 19, 2008**.

DONE this 30th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE