IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WELLINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:08-CV-00115-WKW-WC ) |
| D E ENTERPRISES, ET AL., | ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The plaintiff and defendants hereby agree and stipulate that this action, including all claims and counterclaims, is due to be and hereby is dismissed with prejudice, with each party to bear his or its own costs.

Respectfully submitted on August 20, 2008.

                                                    s/ *Mark M. Hogewood*
                                                   Mark M. Hogewood (ASB-7651-E36M)
                                                   E-mail: mh@wallacejordan.com

                                                   Attorney for Plaintiff Wellington Specialty Insurance Company

**Of Counsel:**
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:     (205) 870-0555
Fax:       (205) 871-7534

           *s/ Michael S. Harper*
Michael S. Harper
E-mail: mikeharper@elmore.rr.com

Attorney for Defendant J. Michael Sheffield

**Of Counsel:**
Michael S. Harper, P.C.
P.O. Box 780608
Tallassee , AL 36078-0007
Voice:        (334) 283-6855
Fax:          (334) 283-6858

           *s/ Mark Allen Treadwell, III*
Mark Allen Treadwell, III
E-mail: markallen@olivertreadwell.com

Attorney for Defendants
DE Enterprises LLC and
Cascades Development Group LLC

**Of Counsel:**
Oliver-Treadwell, P.C.
129 W. Columbus St.
Dadeville , AL 36853-0000
Voice:        (256) 825-9296
Fax:          (256) 825-5667